UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CHESIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 16 C 11220 |
| | ) | |
| EDWARD VIGARE, Deportation Officer, U.S. | ) | Judge Alonso |
| Immigration and Customs Enforcement, *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD</u>

The individual federal defendants, by and through their attorney, Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, move to extend the time for them to answer or otherwise plead to plaintiff's complaint until September 28, 2017. The representation requests of the individual defendants have been approved by the Department of Justice, and that arrangement was communicated to the individual defendants on August 29, 2017. The undersigned has spoken to several of the individual defendants in the past two days, but needs some more time in order to communicate with all of the defendants so a responsive pleading can be prepared.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: s/ Craig A. Oswald
CRAIG A. OSWALD
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9080
craig.oswald@usdoj.gov