# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CHESIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 16-cv-11220 |
| Deportation Officer EDWARD VIGARE, | ) | |
| AND Officers of Immigration and Customs | ) | Hon. Judge Alonso |
| Enforcement ALBERTO OCHOA, ADAM | ) | |
| SARACCO, EDGAR DEL RIVERO, LUIS | ) | Magistrate Judge Heather K. McShain |
| GONZALEZ, and THE DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's July 20, 2020 Order, Counsel for Plaintiff James Chesire and Counsel for Defendants Deportation Officer Edward Vigare, and Officers of Immigration and Customs Enforcement Alberto Ochoa, Adam Saracco, Edgar Del Rivero, Luis Gonzalez, and the Department of Homeland Security, hereby submit the following Joint Status Report:

### A. Progress of Discovery

Since the last joint status report, the Parties have met and conferred on outstanding written discovery issues and resolved all outstanding issues.

The Parties continue to discuss the scheduling of Defendants and four witnesses. Defendants have provided dates for all but two of the witnesses and Plaintiff will propose a deposition schedule by the end of this week, with the goal of completing all depositions by the end of September/early October.

Based on the various General Orders relating to COVID-19, the current fact discovery deadline is October 16, 2020.

**B. Settlement Efforts**

Plaintiff recently made a settlement demand. Defendants have not made a counteroffer to date.

**C. Whether Telephonic Hearing is Necessary**

The Parties do not believe a telephonic hearing with the Court is necessary at this time.

Dated: September 1, 2020

DEFENDANTS' DEPORTATION
OFFICER EDWARD VIGARE, et al.

*/s/ Craig A. Oswald*
One of Defendants' Attorneys

JOHN R. LAUSCH
United States Attorney
Craig A. Oswald
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9089
craig.oswald@usdoj.gov
*Attorney for Defendants*

Respectfully submitted,

PLAINTIFF JAMES CHESIRE

*/s/ Andrew C. Porter*
One of Plaintiff's Attorney

Andrew C. Porter
Salvatore Prescott Porter & Porter
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
aporter@spplawyers.com
*Attorney for Plaintiff*

Paul A. Del Aguila
Faegre Drinker Biddle & Reath LLP
311 S. Wacker, Suite 4300
Chicago, IL 60606
(312) 212-6500
Paul.delaguila@faegredrinker.com
*Attorney for Plaintiff*

Mark Fleming
National Immigration Justice Center
208 S. LaSalle St., Suite 1300
Chicago, IL 60604
mfleming@heartlandalliance.org
*Attorney for Plaintiff*

US.129194300.01

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2020 I caused a true and correct copy of the **JOINT STATUS REPORT** to be filed on the Court's CM/ECF system, which served notice on all Counsel of record.

/s/ Paul A. Del Aguila
Paul A. Del Aguila