**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES CHESIRE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 1:16 CV 11220** |
| **EDWARD VIGARE et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>PLAINTIFF CHESIRE'S MOTION TO DISMISS WITH PREJUDICE</u>

Plaintiff James Chesire now moves this Court to dismiss this matter with prejudice, pursuant to a settlement agreement entered into by the parties.

WHEREFORE, Plaintiff requests that this Court grant Plaintiff's motion to dismiss this matter with prejudice.

Dated: December 27, 2020

Respectfully submitted,

**JAMES CHESIRE**

By: */s/Andrew C. Porter*
 One of Its Attorneys

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2020, I caused copies of the foregoing Motion to Dismiss with Prejudice to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

<u>/s/ Andrew C. Porter</u>
One of the attorneys for Plaintiff J. Chesire